UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLONIAL FIRST STATE INVESTMENTS LIMITED AS RESPONSIBLE ENTITY FOR COMMONWEALTH GLOBAL SHARES FUND 1; COLONIAL FIRST STATE INVESTMENTS LIMITED AS RESPONSIBLE ENTITY FOR COMMONWEALTH GLOBAL SHARE FUND 13; and COLONIAL FIRST STATE INVESTMENTS LIMITED AS RESPONSIBLE ENTITY FOR COMMONWEALTH SPECIALIST FUND 34,<br><br>Plaintiffs,<br><br>v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC., J. MICHAEL PEARSON, HOWARD B. SCHILLER, ROBERT L. ROSIELLO, DEBORAH JORN, ARI S. KELLEN, and TANYA CARRO,<br><br>Defendants. | Civil Action No. 18-cv-383 |

## DISCLOSURE STATEMENT

The undersigned counsel for Colonial First State Investments Limited certifies that this party is a non-governmental corporate party and that:

■ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

    Colonial First State Investments Limited is a subsidiary of the Commonwealth Bank of Australia, a publicly-owned company listed on the Australian Securities Exchange.

OR

☐ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Jonathan W. Wolfe_____        Skoloff & Wolfe, P.C._____
Signature of Attorney                                                  Name of Firm

Jonathan W. Wolfe                                       293 Eisenhower Parkway
Print Name                                              Address


January 10, 2018                                        Livingston, NJ 07068
Date                                                    City/State/ZIP Code