McCARTER & ENGLISH, LLP
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444

COOLEY LLP
1114 Avenue of the Americas
New York, New York 10036
212-479-6079

*Attorneys for Defendant Tanya Carro*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COLONIAL FIRST STATE INVESTMENTS LIMITED AS RESPONSIBLE ENTITY FOR COMMONWEALTH GLOBAL SHARES FUND 1; COLONIAL FIRST STATE INVESTMENTS LIMITED AS RESPONSIBLE ENTITY FOR COMMONWEALTH GLOBAL SHARE FUND 13; and COLONIAL FIRST STATE INVESTMENTS LIMITED AS RESPONSIBLE ENTITY FOR COMMONWEALTH SPECIALIST FUND 34,<br><br>    Plaintiffs,<br><br> v.<br><br>VALEANT PHARMACEUTICALS INTERNATIONAL, INC.; J. MICHAEL PEARSON; HOWARD B. SCHILLER; ROBERT L. ROSIELLO; DEBORAH JORN; ARI S. KELLEN and TANYA CARRO,<br><br>    Defendants. | Civil Action No. 18-00383 (MAS) (LHG)<br><br>**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* COUNSEL TO RECEIVE ELECTRONIC NOTIFICATION** |

  Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notification in the within matter, and it is represented that:

ME1 25096807v.1

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 22, 2005, the Admission Fee, in the amount of $150, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

>McCARTER & ENGLISH, LLP
>*Attorneys for Defendant Tanya Carro*
>
>By: *s/ Richard Hernandez*
>Richard Hernandez

Dated: March 18, 2019

### *PRO HAC VICE* ATTORNEY INFORMATION

Name: Sarah Lightdale

Address: Cooley LLP
1114 Avenue of the Americas
New York, New York 10036-7798

Email: slightdale@cooley.com

2